# ACKNOWLEDGEMENT COPY

# ARTICLES OF ORGANIZATION
# OF
# Hi Bar Capital LLC

Under Section 203 of the Limited Liability Company Law

THE UNDERSIGNED, being a natural person of at least eighteen (18) years of age, and acting as the organizer of the limited liability company hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York certifies that:

**FIRST:** The name of the limited liability company is:

**Hi Bar Capital LLC**

**SECOND:** To engage in any lawful act or activity within the purposes for which limited liability companies may be organized pursuant to Limited Liability Company Law provided that the limited liability company is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency, or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the limited liability company is to be located is ALBANY.

**FOURTH:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

REGISTERED AGENTS INC.
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NY 12207

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

steven berkovitch  (signature)

steven berkovitch esq , ORGANIZER
80 Broad Street Suite 3303
New York, NY 10004

**Filed by:**
Berkovitch & Bouskila PLLC
80 Broad Street Suite 3303
New York, NY 10004

**ACKNOWLEDGEMENT COPY**