**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning **02 / 09 / 2021**  ending **12 / 31 / 2021**

**Partner's Share of Income, Deductions, Credits, etc.**
► **See separate instructions.**

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

651121

| **Part I** | **Information About the Partnership** |
|---|---|

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

HI BAR CAPITAL LLC
2250 59TH STREET
BROOKLYN, NY 11204

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YISROEL HERBST
BROOKLYN, NY 11204

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____    Name _____

**I1** What type of entity is this partner?    INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 0.01 % | 0.01 % |
| Loss | 0.01 % | 0.01 % |
| Capital | 0.01 % | 0.01 % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ► ☐

**L** **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ _____ 0.
Capital contributed during the year . . . . . $ _____
Current year net income (loss) . . . . . . . . $ _____
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . . $ _____

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) | **14** | Self-employment earnings (loss) |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | **15** | Credits |
| **4a** | Guaranteed payments for services | | |
| **4b** | Guaranteed payments for capital | **16** | Schedule K-3 is attached if checked. . . . . . . . . . . . . . . ► ☐ |
| **4c** | Total guaranteed payments | **17** | Alternative minimum tax (AMT) items |
| **5** | Interest income | | |
| **6a** | Ordinary dividends | | |
| **6b** | Qualified dividends | **18** | Tax-exempt income and nondeductible expenses |
| **6c** | Dividend equivalents | | |
| **7** | Royalties | | |
| **8** | Net short-term capital gain (loss) | | |
| | | **19** | Distributions |
| **9a** | Net long-term capital gain (loss) | | |
| **9b** | Collectibles (28%) gain (loss) | | |
| **9c** | Unrecaptured section 1250 gain | **20** | Other information |
| | | N* | STMT |
| **10** | Net section 1231 gain (loss) | Z* | STMT |
| **11** | Other income (loss) | | |
| **12** | Section 179 deduction | **21** | Foreign taxes paid or accrued |
| **13** | Other deductions | | |
| A | 2. | | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 1

PTPA0312L  08/11/21

HI BAR CAPITAL LLC  ████████

SCHEDULE K-1 (FORM 1065) 2021 **SUPPLEMENTAL INFORMATION** PAGE 2

**BOX 20, CODE N**
**BUSINESS INTEREST EXPENSE**
**INCLUDED AS A DEDUCTION ON THE FOLLOWING LINE(S)**

BELOW IS DEDUCTIBLE BUSINESS INTEREST EXPENSE FOR INCLUSION
IN THE SEPARATE LOSS CLASS FOR COMPUTING ANY BASIS LIMITATION
(DEFINED IN SECTION 704(D), REGULATION SECTION 1.163(J)-6(H)).

SCHEDULE K-1, LINE 1................................................................ $     ████

PARTNER 1:  YISROEL HERBST    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

SPSL1201L  06/08/21

## Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 20, Code Z)

| Partnership's name: HI BAR CAPITAL LLC | | Partnership's EIN: ■■■■ |
|---|---|---|
| Partner's name:   YISROEL HERBST | | Partner's identifying number: ■■■■ |

| | HI BAR CAPITAL LLC | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| **Partner's share of:** | ☐ SSTB | ☐ SSTB | ☐ SSTB |

| QBI or qualified PTP items subject to partner-specific determinations: | | | |
|---|---|---|---|
| Ordinary business income (loss) | ■■■■ | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss). . . . . . . | | | |
| Other income (loss). . . . . . . . . . . | | | |
| Section 179 deduction. . . . . . . . . | | | |
| Other deductions. . . . . . . . . . . . . | | | |
| **W-2 wages**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . | ■. | | |
| **Section 199A dividends** | | | |

| | | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| **Partner's share of:** | ☐ SSTB | ☐ SSTB | ☐ SSTB |

| QBI or qualified PTP items subject to partner-specific determinations: | | | |
|---|---|---|---|
| Ordinary business income (loss) | | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss). . . . . . . | | | |
| Other income (loss). . . . . . . . . . . | | | |
| Section 179 deduction. . . . . . . . . | | | |
| Other deductions. . . . . . . . . . . . . | | | |
| **W-2 wages**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . | | | |

PARTNER 1
**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    PTPA1515  06/09/21    **Statement A (Form 1065) (2021)**

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning 02 / 09 / 2021  ending 12 / 31 / 2021

**Partner's Share of Income, Deductions, Credits, etc.**
▶ See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

## Part I  Information About the Partnership

**A** Partnership's employer identification number

[redacted]

**B** Partnership's name, address, city, state, and ZIP code

HI BAR CAPITAL LLC
2250 59TH STREET
BROOKLYN, NY 11204

**C** IRS center where partnership filed return ▶ E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

REGENCY CAPITAL LLC
[redacted]
BROOKLYN, NY 11204

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
   TIN _____ Name _____

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . ▶ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 99.99 % | 99.99 % |
| Loss | 99.99 % | 99.99 % |
| Capital | 99.99 % | 99.99 % |

Check if decrease is due to sale or exchange of partnership interest . . . . . ▶ ☐

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. . . . . ▶ ☐

**L**        **Partner's Capital Account Analysis**

Beginning capital account . . . . . . . . . . . $ 0.
Capital contributed during the year . . . . . $ [redacted].
Current year net income (loss) . . . . . . . . $ [redacted].
Other increase (decrease) (attach explanation) . . . . $ _____
Withdrawals and distributions . . . . . . . . . $( _____ )
Ending capital account . . . . . . . . . . . . . . $ [redacted].

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

*For IRS Use Only*

| 1 Ordinary business income (loss) [redacted] | 14 Self-employment earnings (loss) |
|---|---|
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 15 Credits |
| 4a Guaranteed payments for services | |
| 4b Guaranteed payments for capital | 16 Schedule K-3 is attached if checked. . . . . . . . . . . . . . . ▶ ☐ |
| 4c Total guaranteed payments | 17 Alternative minimum tax (AMT) items |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 18 Tax-exempt income and nondeductible expenses |
| 6c Dividend equivalents | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | 19 Distributions |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | 20 Other information  N* STMT |
| 10 Net section 1231 gain (loss) | Z* STMT |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions  A [redacted] | |
| 22 ☐ More than one activity for at-risk purposes* | |
| 23 ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2021**

PARTNER 2

PTPA0312L  08/11/21

HI BAR CAPITAL LLC ███████████

SCHEDULE K-1 (FORM 1065) 2021                **SUPPLEMENTAL INFORMATION**                    PAGE  2

**BOX 20, CODE N**
**BUSINESS INTEREST EXPENSE**
**INCLUDED AS A DEDUCTION ON THE FOLLOWING LINE(S)**

BELOW IS DEDUCTIBLE BUSINESS INTEREST EXPENSE FOR INCLUSION
IN THE SEPARATE LOSS CLASS FOR COMPUTING ANY BASIS LIMITATION
(DEFINED IN SECTION 704(D), REGULATION SECTION 1.163(J)-6(H)).

SCHEDULE K-1, LINE 1................................................................ $        ███████████

PARTNER 2:  REGENCY CAPITAL LLC    36-4778248
                          SPSL1201L  06/08/21

**Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 20, Code Z)**

| Partnership's name: HI BAR CAPITAL LLC | | Partnership's EIN: ███████ |
|---|---|---|
| Partner's name:   REGENCY CAPITAL LLC | | Partner's identifying number: ███████ |

| | HI BAR CAPITAL LLC | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| **Partner's share of:** | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | ███████ | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | ███████ | | |
| **Section 199A dividends** | | | |

| | | | |
|---|---|---|---|
| | ☐ PTP | ☐ PTP | ☐ PTP |
| | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| **Partner's share of:** | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | | | |

PARTNER 2
**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    PTPA1515  06/09/21    **Statement A (Form 1065) (2021)**